FILED
2-20-08
FEB 20 2008
NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 08 CR 144 |
| ) | No. 08CR 0144 |
| v. ) | |
| ) | Nan R. Nolan |
| LUIS PACHECO, aka "CITO" and ) | United States Magistrate Judge |
| ANGEL VEGA, aka "LEFTY" ) | |
| ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT, AFFIDAVIT, ARREST WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrants in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrants in this matter before the Arrest Warrants can be executed could alert the defendants and result in their flight. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrants, as well as this Motion to Seal, be sealed until February 27, 2008 or as otherwise ordered by this Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
NANCY L. MILLER
Assistant U.S. Attorney
(312) 353-4224