RECEIVED
FEB 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0144 |
| | ) | |
| v. | ) | |
| | ) | Nan R. Nolan |
| LUIS PACHECO, aka "CITO" and | ) | United States Magistrate Judge |
| ANGEL VEGA, aka "LEFTY" | ) | |
| | ) | |

### ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrants, all dated February 20, 2008, are hereby SEALED until and including February 27, 2008 or as otherwise ordered by this Court.

ENTER:

_Nan R. Nolan_
NAN R. NOLAN
United States Magistrate Judge

Dated: February 20, 2008