# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 144 - ALL | **DATE** | 02/21/08 |
| **CASE TITLE** | USA vs. Luis Pacheco & Angel Vega | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendants Pacheco & Vega appear in response to arrest on 02/21/08. Defendants informed of their rights. Enter order appointing Matthew Joseph Madden of the Federal Defender Program/Panel as counsel for defendant Angel Vega. Government's oral motion for pretrial detention is granted. Detention hearing is set for 02/26/08 at 12:00 p.m. Defendant to remain in custody pending the 02/26/08 detention hearing. Defendants' counsel advise the court of defendant's medical condition. The U.S.M.S. is directed to contact the M.C.C. regarding defendant Pacheco's "Sleep Apnea" and defendant Vega's daily medication. Case ordered unsealed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|