UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 144 |
| | ) | |
| v. | ) | Hon. Nan R. Nolan |
| | ) | United States Magistrate Judge |
| LUIS PACHECO, and | ) | |
| ANGEL VEGA | ) | |

FILED
FEB 2 6 2008
Feb 26 2008
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

## GOVERNMENT'S MOTION FOR AN ORDER DIRECTING THAT CERTAIN MATERIALS BE DISCLOSED TO THE DEFENSE PURSUANT TO A PROTECTIVE ORDER

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, hereby moves this Court for an order directing that certain applications, orders, and affidavits be disclosed to the defendants and defense counsel, as contemplated by Title 18, United States Code, Section 2518(9), as well as certain reports and other materials to be disclosed in connection with the detention and probable cause hearings in this case, subject to a protective order.

In support of this motion, the government states as follows:

1. On February 21, 2008, defendants were arrested pursuant to arrest warrants issued in the above referenced case. The arrests followed an investigation which included the interception of certain wire communications pursuant to orders signed by Chief Judge James F. Holderman in accordance with Title 18, United States Code, Section 2518.

2. Under Title 18, United States Code, § 2518(9), the contents of an intercepted wire communication shall not be disclosed at a hearing unless each party has been provided with a copy of the court order and the accompanying applications and affidavits under which the interception was made. At the present time, those orders, applications, and affidavits are under seal.

3.  In accordance with the notice requirements of Section 2518(9), the government respectfully moves this Court for an order authorizing the government to produce copies of the sealed applications and related orders dated July 5, 2006, August 25, 2006, and DATE authorizing the interception of wire communications to defendants and their counsel in connection with the preliminary examinations and detention hearings.

4.  In addition, because there are safety concerns related to the Confidential Sources in this case, the government requests that the Court direct that the release of the applications, affidavits, and court orders, as well as other reports and investigative materials to be turned over in connection with the probable cause and detention hearings, be disclosed to defendants and their counsel be subject to the following conditions: (a) that the materials be used solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding; (b) that the materials shall not be disclosed either directly or indirectly to any person or entity other than defendant, defendant's counsel, persons employed to assist in the defense, or such other persons as to whom the Court may authorize disclosure; (c) that any notes or records of any kind that defendant or defense counsel may make relating to the contents of the materials shall not be disclosed to anyone other than the defendant, defense counsel, and persons employed to assist the defense, or such other person as to whom the Court may authorize disclosure; (d) that any copies of the materials made by defendant or defendant's counsel shall be treated as set forth above; and (e) that violation of this Order may result in the imposition of civil and criminal sanctions.

WHEREFORE, the government respectfully moves this Court for an order directing that certain sealed affidavits, orders and applications dated July 5, 2006, August 25, 2006, November 27, 2006, be provided to defendants and their defense counsel, as contemplated by Title 18, United States Code, Section 2518(9), subject to the protective order described above, as well as the other investigative materials turned over in connection with the probable cause and detention hearings in this case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Dated: February 26, 2008

By: *[signature]*
NANCY L. MILLER
Assistant United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-4224