# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ ILLINOIS, EASTERN DIVISION _____

UNITED STATES OF AMERICA

v.

ANGEL VEGA, aka "LEFTY"

**UNDER SEAL**

WARRANT FOR ARREST

**MAGISTRATE JUDGE NOLAN**

CASE NUMBER:

**08CR   0144**

To:     Special Agent Michael Culloton
        or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANGEL VEGA
and bring him or her forthwith to the nearest magistrate to answer a(n)   _Name_

__Indictment   __Information   _X_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with   (brief description of offense)

conspiring with others known and unknown to the United States to knowingly and intentionally possess with intent to distribute and to distribute controlled substances, namely, in excess of 500 grams of mixtures containing cocaine, in violation of Title 21, United States Code, section 841(a)(1),

in violation of Title 21, United States Code, Section(s)   846 and Title 18, United States Code, Section 2

NAN R. NOLAN
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_Nan R. Nolan_
Signature of Issuing Officer

**FILED**

MAR - 6 2008
3-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>2/20/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Michael J Culloton<br>Special Agent - FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>2/21/08 | | |