**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                      Case No.: 1:08−cr−00144
                                                                        Honorable Nan R. Nolan

Luis Pacheco, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Nan R. Nolan:Detention hearing as to Angel Vega held on 3/27/2008. Government seeks detention. Defendant waives the detention hearing without prejudice to defendants right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.