UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 144 |
| | ) | No. | 03 GJ 223 |
| v. | ) | | |
| | ) | James F. Holderman, Chief Judge | |
| LUIS PACHECO and | ) | | |
| ANGEL VEGA | ) | | |

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF
TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(8)(A), for a 35-day extension of time, to and including May 29, 2008, in which to seek the return of an indictment against the defendants, for the following reasons:

1.  This narcotics investigation into the sale and distribution of cocaine was initiated in approximately April 2005, and involved at least ten individuals. On February 20, 2008, defendants LUIS PACHECO and ANGEL VEGA were charged in a criminal complaint with one count of conspiring to possess with the intent to distribute and to distribute in excess of 500 grams of mixtures containing cocaine, in violation of Title 21, United States Code, Section 846.

2.  On February 21, 2008, defendants appeared before Magistrate Judge Nan R. Nolan for an initial appearance.

3.  On February 26, 2008, defendant PACHECO was released on bond pursuant to terms of release agreed to by the parties.

4. On March 10, 2008, a detention hearing was held and continued before Magistrate Judge Nolan until April 27, 2008. At the hearing on April 27, 2008, defendant agreed to detention without prejudice.

5. The Speedy Trial Act mandates that an indictment or information must be filed within 30 days of the date of a defendant's arrest. 18 U.S.C. § 3161(b).

6. The Speedy Trial Act permits a court to enlarge the 30 day time period if the court finds "that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

7. The factors leading to the government's request for extension are stated in the Attachment hereto, which the government respectfully requests be placed under seal. The government is requesting that this Attachment be sealed so as not to compromise its ongoing investigation and so as not to reveal matters occurring before the Grand Jury.

8. Given the reasons stated in the government's sealed Attachment, the thirty days available to the government pursuant to Title 18, United States Code, Section 3161(b) in which to file an indictment or information against a defendant based on his arrest will not be sufficient. The United States previously sought and was granted a 34-day extension from the previous expiration date of March 21, 2008, to and including April 24, 2008. The government now seeks a 35-day extension from the date of April 24, 2008 , to an including May 29, 2008, which will be sufficient time within which to return an indictment in this matter.

9. For the reasons stated in the sealed Attachment, the government respectfully submits that the 35-day continuance is warranted in this case pursuant to 18 U.S.C. § 3161(h)(8)(A).

10. Counsel for the government communicated with Robert Johnson, counsel for Angel Vega, who indicated that he did not object to the exclusion of time for the filing of an information or indictment. Counsel for the government further communicated with Catharine O'Daniel, counsel for Luis Pacheco, who also indicated that she did not object to the exclusion of time for the filing of an information or indictment.

11. The government has already provided some early discovery to defendants, including, applications and affidavits for wiretaps, as well as court orders obtained during the course of this investigation. The government has further agreed to provide additional discovery, including reports of the investigation.

WHEREFORE, the United States respectfully requests a 35-day extension of time from April 24, 2008 to and including May 29, 2008 in which to seek an indictment in this case.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By:  /s/ Nancy L. Miller
> NANCY L. MILLER
> Assistant United States Attorney
> United States Attorney's Office
> 219 South Dearborn Street
> Chicago, Illinois  60604
> (312) 353-4224

Dated: April 23, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | No. | 08 CR 144 |
| | ) | No. | 03 GJ 223 |
| v. | ) | | |
| | ) | James F. Holderman | |
| LUIS PACHECO and | ) | Chief Judge | |
| ANGEL VEGA | ) | | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT PURSUANT TO 18 U.S.C. § 3161(h)**

were served on **April 23, 2008**, in accordance with FED R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ Nancy L. Miller
NANCY L. MILLER
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 353-4224