# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 144 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Luis Pacheco et al | | |

**DOCKET ENTRY TEXT**

Government's agreed motion for an extension of time to return indictment pursuant to 18 U.S.C. §3161(h) [25] is granted.  ENTER ORDER: It is ordered that the time within which to file an indictment or information against the defendants be extended from April 24, 2008 to and including May 29, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | AMM |
|---|---|---|---|