FILED
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KOCORAS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 144 |
| v. ) | |
| LUIS PACHECO, ) | Violations: Title 21, United States |
| also known as "CITO" and ) | Code, Sections 841(a)(1) and 846, |
| ANGEL VEGA, ) | Title 18, United States Code, |
| also known as "LEFTY" ) | Section 2 |

**MAGISTRATE JUDGE NOLAN**

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

Beginning no later than in or about May 2005, and continuing until December 2006, in Kane and Cook Counties, in the Northern District of Illinois, Eastern Division, and elsewhere,

LUIS PACHECO, aka "CITO," and
ANGEL VEGA, aka "LEFTY,"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about September 7, 2006, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANGEL VEGA, aka "LEFTY,"

defendant herein, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY