Minute Order Form (rev. 4/99)

03 GJ 223  LF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE KOCORAS** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE GERALDINE SOAT BROWN** |
|---|---|---|---|
| CASE NUMBER | 08 CR 0144 | DATE | MAY 29, 2008 |
| CASE TITLE | US v. LUIS PACHECO & ANGEL VEGA | | **MAGISTRATE JUDGE NOLAN** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

**Docket Entry:**

NO BOND SET. DETAINED BY MAGISTRATE AS TO ANGEL VEGA. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO LUIS PACHECO.

**FILED**
MAY 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____  (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#