**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                 Case No.: 1:08−cr−00144
                                                            Honorable Charles P. Kocoras

Luis Pacheco, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

     MINUTE entry before the Honorable Charles P. Kocoras:As to Angel Vega, status hearing held on 6/5/2008. The defendant was not transported from the Metropolitan Correctional Center. Robert Johnson and Christopher Smith are given leave to withdraw as counsel, and Frank Lipuma is given leave to file his appearance as counsel for defendant Vega. Arraignment is reset to 6/10/2008 at 9:30 a.m. 6/5/2008 to 6/10/2008 is excludable time under 18:3161(h)(3)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.