# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
               Plaintiff,

v.
               Case No.: 1:08−cr−00144
               Honorable Charles P. Kocoras

Luis Pacheco, et al.
               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:As to Angel Vega, arraignment held on 6/10/2008. Defendant Vega enters a plea of not guilty to all counts. (Counts 1 and 2) Rule 16 Conference to be completed by 6/19/2008. Pretrial motions are due 7/3/2008. Answers due 7/17/2008. Status hearing set for 7/23/2008 at 9:30 a.m. In the interest of justice, 6/10/2008 to 7/23/2008 is excludable time under 18:3161(h)(1) and 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.