UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 144 |
| | ) | Judge Charles P. Kocoras |
| LUIS PACHECO, and | ) | |
| ANGEL VEGA | ) | |

REPORT OF AGREEMENTS ON CERTAIN PRETRIAL MATTERS

The defendants and the government, through their counsel, herein submit to this Honorable Court a report of agreements between the defendants and the government regarding certain pretrial discovery and inspection matters, pursuant to Local Criminal Rule 16.1. Counsel for the defendants have participated in discovery conferences with counsel for the government relating to timetables and procedures for routine pretrial discovery matters as required under the local rule. The agreements between the parties consist of the following:

1. The parties agreed to inspecting, copying, and photographing any information subject to disclosure as set forth in Rule 16 of the Federal Rules of Criminal Procedure.

2. The defendants requested, and the government agreed that it would direct government agents and officers to preserve their written notes.

3. The defendants requested, and the government agreed that it would identify and notify the defendants of Rule 404(b) evidence two weeks prior to the date scheduled for trial in this matter.

4. The defendants requested, and the government agreed that it would file a Santiago proffer two weeks prior to the date scheduled for trial in this matter.

5. The government voluntarily agreed to produce §3500 and Giglio materials to the defendants four weeks prior to the date scheduled for trial in this matter. The defendants understand

and acknowledge that some of these materials may be produced closer to trial as trial preparation proceeds or as potentially new information is related to the government.

6. The parties agreed to produce all marked exhibits that they intend to introduce in their case-in-chief at trial to each other by no later than three days prior to the date scheduled for trial in this matter. All prospective government exhibits are available for inspection presently at a mutually agreeable time.

7. The parties agreed to produce the results and reports of any physical, mental and scientific examination or test that they may raise at trial to each other on an ongoing basis, but no later than three weeks prior to the date scheduled for trial in this matter.

8. The government requested, and the defendants agreed to produce all statements in their possession of witnesses who may testify at trial to the government four weeks prior to the date scheduled for trial in this matter.

9. The defendants requested the disclosure of the identity, qualifications, and written summary of the testimony of any government expert witness. The government also requested the disclosure of the identity, qualifications, and written summary of the testimony of any defense expert witness. The parties agreed to disclose the identities, qualifications, and written summaries of the testimony of any expert witnesses three weeks prior to the date scheduled for trial in this matter.

10. The parties recognize their continuing duties to disclose additional evidence or material identified or obtained after the dates set forth above and the parties will promptly disclose the existence to each other in accordance with Rule 16(c) of the Federal Rules of Criminal Procedure.

                Respectfully submitted,

                <u>/s/ Francis C. Lipuma</u>
                Francis C. Lipuma
                Counsel to Angel Vega

                On Behalf of Counsel for all Parties
                and with Their Consent

Francis C. Lipuma
33 North Dearborn Street
Suite 600
Chicago, Illinois 60602
(312) 551-9112

CERTIFICATE OF SERVICE

I, Francis C. Lipuma, an attorney, do hereby certify that I caused a copy of "Report Of Agreements On Certain Pretrial Matters" to be served upon:

Nancy L. Miller
U.S. Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

Catharine D. O'Daniel
Law Offices of Catharine D. O'Daniel
833 West Jackson Boulevard, Suite 200
Chicago, IL 60607

pursuant to Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

/s/ Francis C. Lipuma
Francis C. Lipuma
33 North Dearborn Street
Suite 600
Chicago, IL 60602
(312) 551-9112