UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| -vs- ) | No. 08 CR 144 |
| ) | Hon. Charles P. Kocoras |
| LUIS PACHECO and ) | |
| ANGEL VEGA ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE PRETRIAL MOTIONS**

NOW COME the Defendants, LUIS PACHECO and ANGEL VEGA, through their counsel, Catharine D. O'Daniel and Francis C. Lipuma, respectively, and move this Honorable Court for the entry of an order extending the time in which to file pretrial motions. In support of this motion, the Defendants report that discovery was tendered on June 17, 2008 and June 20, 2008. The discovery in this matter consists primarily of Title III materials. These materials include Title III orders, applications, affidavits, sealing applications, sealing orders and ten-day reports. In addition, the Defendants have received several CD-ROMs containing numerous telephonic recordings as well as their corresponding line sheets. These materials are voluminous and counsel require additional time in which to review them to determine whether the Defendants will seek to suppress any of the Title III evidence. Accordingly, the Defendants respectfully request that this Honorable Court enter an order extending the time in which to file pretrial motions until a date determined by this Honorable Court at the next status hearing in this cause,

which is scheduled for July 23, 2008.

        Respectfully submitted,

        <u>/s/ Catharine D. O'Daniel</u>
        Catharine D. O'Daniel
        Counsel to Luis Pacheco

        On Behalf of Counsel for
        All Parties and with Their
        Consent

Catharine D. O'Daniel
833 West Jackson Boulevard
Suite 200
Chicago, Illinois 60607
312.334.3123