UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -vs- | ) | No. 08 CR 144 |
| | ) | Hon. Charles P. Kocoras |
| LUIS PACHECO and | ) | |
| ANGEL VEGA | ) | |

**CERTIFICATE OF SERVICE**

      Catharine D. O'Daniel, an attorney, hereby certifies that in accordance with Fed. R. Civ. P. 5 and L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following documents were served on July 2, 2008:

Defendants' Unopposed Motion for an Extension of Time in Which to File Pretrial Motions and Certificate of Service

      /s/ Catharine D. O'Daniel
      Catharine D. O'Daniel
      Counsel to Luis Pacheco

      On Behalf of Counsel for
      All Parties and with Their
      Consent

Catharine D. O'Daniel
833 West Jackson Boulevard
Suite 200
Chicago, Illinois 60607
312.334.3123