# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

<div style="margin-left:3em">Plaintiff,</div>

v.                                                          Case No.: 1:08−cr−00144

<div style="margin-left:3em">Honorable Charles P. Kocoras</div>

Luis Pacheco, et al.

<div style="margin-left:3em">Defendant.</div>

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Status hearing as to defendants Luis Pacheco and Angel Vega held on 7/23/2008. As discussed in open court, defendants' motion [40] for disclosure of favorable evidence is granted. Defendants' motion [41] for an extension of time to file additional pretrial motions is granted. Pretrial motions are due 9/2/2008. Status hearing set for 9/9/2008 at 9:30 a.m. In the interest of justice, 7/23/2008 to 9/9/2008 is excludable time under 18:3161(h)(1) and 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.