UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 144 |
| | ) | Judge Charles P. Kocoras |
| LUIS PACHECO, and | ) | |
| ANGEL VEGA | ) | |

NOTICE OF MOTION

To:   Nancy L. Miller
      U.S. Attorney's Office
      219 South Dearborn Street
      Chicago, IL 60604

    Please take notice that on Thursday, August 28, 2008, at 9:30 a.m., I will appear before Judge Charles P. Kocoras, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the following motion: Unopposed Motion To Extend Time To File Pretrial Motions Relating To Title III Issues; at which time you may appear as you see fit.

CERTIFICATE OF SERVICE

    I, Francis C. Lipuma, an attorney, do hereby certify that, on August 20, 2008, I caused copies of this notice and of the above-identified motion to be served upon:

(Government Counsel Identified Above)

Pursuant to Fed.R.Crim.P. 49, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

                                                                         s/ Francis C. Lipuma
                                                                         Francis C. Lipuma
                                                                         33 North Dearborn Street
                                                                          Suite 600
                                                                          Chicago, Illinois 60602
                                                                          (312) 551-9112