# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                              Case No.: 1:08−cr−00144

                                        Honorable Charles P. Kocoras

Luis Pacheco, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:As to defendants Luis Pacheco and Angel Vega: Defendants' unopposed motion [44] to extend time to 10/2/2008 to file pretrial motions is granted. Hearing on said motion, set for 8/28/2008, is stricken. Status hearing is reset from 9/9/2008 to 10/9/2008 at 9:30 a.m. In the interest of justice, 8/27/2008 to 10/9/2008 is excludable time under 18:3161(h)(8)(A)(B). Mailed notice (sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.