UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 144-2 |
| | ) | Judge Charles P. Kocoras |
| ANGEL VEGA | ) | |

<u>NOTICE OF COUNSEL'S CHANGE OF ADDRESS AND TELEPHONE NUMBER</u>

Francis C. Lipuma, as counsel for defendant Angel Vega in the above-captioned case, hereby notifies this Honorable Court, the Clerk of the Court, counsel for the government, and any other interested parties that he has relocated his law office. Counsel's new address and telephone number are as follows:

Francis C. Lipuma
300 South Wacker Drive
Suite 1700A
Chicago, IL 60606

(312) 675-0089

Respectfully submitted,

<u>/s/ Francis C. Lipuma</u>
Francis C. Lipuma
Attorney for Angel Vega

Francis C. Lipuma
300 South Wacker Drive
Suite 1700A
Chicago, IL 60606
(312) 675-0089

CERTIFICATE OF SERVICE

      I, Francis C. Lipuma, an attorney, do hereby certify that I caused a copy of "Notice Of Counsel's Change Of Address And Telephone Number" to be served upon:

| | |
|---|---|
| Clerk Of The Court | Nancy L. Miller |
| U.S. District Court | U.S. Attorney's Office |
| 219 South Dearborn Street | 219 South Dearborn Street |
| Chicago, IL 60604 | Chicago, IL 60604 |

pursuant to Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

      /s/ Francis C. Lipuma
      Francis C. Lipuma
      300 South Wacker Drive
      Suite 1700A
      Chicago, IL 60606
      (312) 675-0089